*William H. Anable* v. *John Pulver et al.* H. HOGEBOOM, for complainant; J. C. NEWKERK & A. L. JORDAN, for defendants. Motion for leave to amend original bill denied, with $15 costs; but with leave to complainant to file a supplemental bill, provided he does so within thirty days; subject to the right of defendants to demur thereto.

*Philip P. Pulver et al.* v. *Jonathan Thayer et al.* H. HOGEBOOM, for appellant; J. C. NEWKERK, for respondents. Order to take the answer of the appellant off the files for irregularity reversed, with costs, and motion denied with $10 costs. Complainants to have twenty days to file a replication.

*James L'Amoureux* v. *Cornelius G. Van Rensselaer et al.* COMPLAINANT in person. Bill dismissed, but without prejudice to complainant's remedy at law, if he has any.

*The Farmer's Loan and Trust Company* v. *John Williams et al.* W. C. NOYES, for complainants; S. B. CHASE & M. S. NEWTON, for defendants. Decree directed pursuant to the agreement between the respective solicitors and the guardian *ad litem*.